IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN ODI | : |
| | : CIVIL ACTION |
| v. | : |
| | : NO. 15-4903 |
| GARY ALEXANDER, ET AL. | : |

## **O R D E R**

**AND NOW**, this  27th  day of  February , 2018, upon consideration of Defendants Gary Alexander, Beverly Mackereth, Jane Richards, and Linda Robson's Motion to Dismiss Plaintiff's Second Amended Complaint for Failure to State a Claim (ECF No. 25), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion to Dismiss is **DENIED.**

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**