IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN ODI                          :
                                  :    CIVIL ACTION
        v.                        :
                                  :    NO. 15-4903
GARY ALEXANDER, ET AL.            :

## ORDER

**AND NOW**, this _2nd_ day of May, 2019, upon consideration of Defendants' Motion for

Summary Judgment (ECF No. 41), and all documents submitted in support thereof and in

opposition thereto, and for the reasons stated in the Memorandum filed herewith, it is

**ORDERED** that Defendants' Motion is **GRANTED**.

     **IT IS SO ORDERED**.


                              **BY THE COURT:**



                              _____
                              **R. BARCLAY SURRICK, J.**